```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

BERNICE TURNER                                          PLAINTIFF

VS.                         CIVIL ACTION NO.  5:15-cv-48-DCB-MTP

HARTFORD, INC., et al                                   DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party,  and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the petition is dismissed without prejudice for failure to prosecute.

A separate judgment will be entered herein in accordance with

the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the __4th__ day of January, 2016.

                                              <u>s/David Bramlette</u>
                                          UNITED STATES DISTRICT JUDGE